FREIMAN LEGAL
LAWRENCE W. FREIMAN (288917)
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile:  (310) 300-2603
E-mail: lawrence@freimanlegal.com

Attorney for Plaintiff
BERNARDO PEREZ


WILSON TURNER KOSMO LLP
CAROLINA BRAVO-KARIMI (259409)
SIMONE M. LEONARD (328287)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  cbravo-karimi@wilsonturnerkosmo.com
E-mail:  sleonard@wilsonturnerkosmo.com

Attorneys for Defendant
TARGET CORPORATION and TARGET BRANDS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO PEREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION<br>AND DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.  3:23-cv-03720-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>District Judge: Hon. Richard Seeborg<br><br>Courtroom: 3, 17th Floor<br><br>Complaint Filed: June 16, 2023<br>Removed:         July 26, 2023<br><br>Trial Date: Not Set |

Pursuant to Northern District of California Local Rule 16-9, Plaintiff BERNARDO PEREZ ("Plaintiff") and Defendant TARGET CORPORATION, ("Defendant" or "Target") (hereafter collectively, the "Parties") submit the following CMC Statement:

## I. JURISDICTION AND SERVICE

Defendant believes that this Court has subject matter jurisdiction over plaintiffs' claims pursuant to 28 U.S.C. § 1332. Plaintiff does not dispute this. This action was removed from the Superior Court of California, County of Santa Clara based on 28 U.S.C. § 1332. There are no issues regarding jurisdiction, venue, or service as to the parties who have appeared in this action.

## II. FACTS

Plaintiff is a former a non-exempt Team Member at Target Store T-2281 in San Jose, California. On July 29, 2022, Plaintiff, who worked as a Front of Store Attendant, was terminated. Target alleges that the termination was due to conduct violations of Target policy. Plaintiff alleges that he was wrongfully terminated, as well as harassment and discrimination on the basis of age, race, ancestry, and national origin. Plaintiff further alleges that he was subject to retaliation because Plaintiff allegedly reported and resisted the discrimination and harassment. Target denies all wrongdoing and maintains that Plaintiff was legitimately terminated pursuant to company policy and applicable law.

## III. LEGAL ISSUES

At this juncture of the litigation, there are no disputes concerning points of law. The key legal questions are:

(1) Whether Target discriminated against Plaintiff in violation of FEHA;

(2) Whether Target harassed Plaintiff under FEHA;

(3) Whether Plaintiff was subject to retaliation in violation of FEHA;

(4) Whether Target failed to Failure to Prevent Discrimination in Violation of FEHA;

(5) Whether Target failed to prevent harassment in violation of the FEHA;

(6) Whether Target failed to prevent retaliation in violation of FEHA; and

(7) Whether Target wrongfully terminated Plaintiff in violation of public policy.

### IV.  MOTIONS

Target removed this case from the Superior Court of California, County of Santa Clara to this Court on July 26, 2023. There are no pending motions. Defendant Target may file a Motion for Summary Judgment and/or Partial Summary Judgment.

### V.  AMENDMENT OF PLEADINGS

On August 17, 2023, the Parties jointly stipulated to the dismissal of Target Brands, Inc. This Court granted the dismissal that same day.

Plaintiff's Statement:

Plaintiff does not anticipate amending the pleadings at this time, but reserves his right to do so.

Defendant Target's Statement:

Target does not anticipate adding any defense in addition to those plead in its Answer and Affirmative Defenses at this time.  However, Target reserves the right to assert additional affirmative defenses and the right to object to any amendments to the operative Complaint.

### VI.  EVIDENCE PRESERVATION

The parties have reviewed the ESI Guidelines and have met and conferred regarding the preservation of evidence.

### VII.  DISCLOSURES

The parties have met and conferred regarding the initial disclosures. Plaintiff served his initial disclosures on August 17, 2023, and Target served its initial disclosures on September 8, 203.

///

///

## VIII. DISCOVERY

The parties have engaged in some discovery. Target responded to Plaintiff's Requests for Production and Interrogatories on October 3, 2023. Target plans to propound discovery within the next week. The parties do not currently anticipate any discovery disputes or e-discovery issues and have not agreed to any proposed modifications of the discovery rules at this time.

## IX.   CLASS ACTIONS

Not applicable.

## X. RELATED CASES

None.

## XI.   RELIEF

Plaintiff seeks damages for emotional distress, front pay, back pay, pre and post judgment interest and attorney's fees and costs.

## XII.   SETTLEMENT AND ADR

The Parties have not participated in any settlement discussions. The Parties agree to participate in the Early Neutral Evaluation (ENE) provided by the Court, as well as private mediation if the Parties do not come to a resolution at the ENE. The Parties request that the ENE be set for 90 days after this Case Management Conference, or as soon as possible thereafter. The Parties agree that they should engage in at least one round of written discovery before negotiating with a neutral third party (*i.e.*, this Court or a private mediator). Target will likely depose Plaintiff in advance of the ENE and mediation as well.

## XIII. OTHER REFERENCES

None at this time.

## XIV. NARROWING OF ISSUES

None at this time.

## XV. EXPEDITED TRIAL PROCEDURE

The parties do not believe an expedited schedule is appropriate for this case.

## XVI. SCHEDULING

The parties propose the following deadlines:

(a) Early Neutral Evaluation to be completed on February 1, 2024 or as soon as possible thereafter

(b) All fact discovery to be completed by June 1, 2024

(b) Disclosure of expert witnesses to be completed by June 15, 2024

(c) Rebuttal expert disclosures to be completed by July 5, 2024

(d) Depositions of experts to be completed by July 26, 2024

(f) Dispositive motions heard by September 2, 2024

(g) Pretrial Conference: September 3, 2024

(h) Trial: October 1, 2024

## XVII. TRIAL

The parties request a jury trial. The parties anticipate that trial will last approximately 5 to 7 days.

## XVIII. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Plaintiff has a direct pecuniary interest in the outcome because she is the plaintiff who brought the action.

Target has a direct pecuniary interest because it was Plaintiff's employer.

The Parties are not aware of any other natural person or entity with any financial interest other than those named above, and will provide this Court with that information in the event it changes.

## XIX. PROFESSIONAL CONDUCT

All attorneys of record for the parties represent that they have reviewed the Guidelines for Professional Conduct for the Northern District of California.

///

///

///

## XX.  MISCELLANEOUS

None at this time.

Dated: October 26. 2023                **FREIMAN LEGAL**

                                       By:   /s/ Lawrence W. Freiman
                                             LAWRENCE W. FREIMAN
                                             Attorney for Plaintiff
                                             BERNARDO PEREZ

Dated: October 26. 2023                **WILSON TURNER KOSMO LLP**

                                       By:   /s/ Carolina Bravo-Karimi
                                             CAROLINA BRAVO-KARIMI
                                             SIMONE M. LEONARD
                                             Attorneys for Defendant
                                             TARGET CORPORATION

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the signatories shown above and that all signatories concur in the filing's content.

                    /s/ Carolina Bravo-Karimi
                    Carolina Bravo-Karimi